[No. 15496-3-III.    Division Three.    February 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL LEE WITHERSPOON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01368-7, Kathleen M. O'Connor, J., entered January 31, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 16752-6-III.    Division Three.    February 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL G. KEETON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00045-8, Michael E. Cooper, J., entered June 27, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16840-9-III.    Division Three.    February 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACKERY R. DUTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 97-8-50163-3, Lonna Malone, J. Pro Tem., entered June 27, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17028-4-III.    Division Three.    February 4, 1999.]

JENNIFER CRAIG, *Appellant*, v. WASHINGTON TRUST BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-00460-4, Neal Q. Rielly, J., entered October 28, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J. Now published at 94 Wn. App. 820.